# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| EPAC TECHNOLOGIES, INC., | |
|     Plaintiff/Counter-Defendant, | JUDGE CRENSHAW |
| v. | Case No. 3:12-CV-00463 |
| THOMAS NELSON, INC., | JURY DEMAND |
|     Defendant/Counter-Plaintiff. | |

## THOMAS NELSON'S MOTION FOR SUMMARY JUDGMENT

The Court previously dismissed Counts II, III, and VI of the seven-count Amended Complaint filed by EPAC Technologies, Inc. (Doc. 196.) Given certain undisputed facts, and for the reasons given in Thomas Nelson, Inc.'s memorandum in support of this motion, Thomas Nelson moves the Court pursuant to Federal Rule of Civil Procedure 56 to enter a summary judgment:

1. Dismissing Counts IV, V, and VII;

2. Dismissing the claim in Count I that Thomas Nelson breached a contractual non-disclosure obligation to EPAC; and

3. Holding that EPAC may not seek (a) unjust enrichment damages, (b) punitive damages, or (c) lost profits (or, if the Court should find that lost profits are potentially available to EPAC under any count, that EPAC may not seek lost profits other than those associated with one-color softbound books EPAC can prove it would have sold Thomas Nelson under the parties' Master Services Agreement through March 21, 2012).

1

Respectfully submitted,

s/ John R. Jacobson
Steven A. Riley (# 006258)
John R. Jacobson (# 014365)
W. Russell Taber (# 024741)
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
(615) 320-3737 (facsimile)

*Attorneys for Thomas Nelson, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document was made upon the following via the Electronic Case Filing System to the following:

| | |
|---|---|
| Thor Y. Urness | Jonathan M. Redgrave |
| Heather Howell Wright | Redgrave LLP |
| Bradley Arant Boult Cummings LLP | 14555 Avion Parkway, Ste 275 |
| 1600 Division Street, Suite 700 | Chantilly, Virginia 20151 |
| P.O. Box 340025 | jredgrave@redgravellp.com |
| Nashville, Tennessee 37203 | |
| turness@babc.com | Ronni D. Solomon |
| hwright@babc.com | King & Spalding LLP |
| | 1180 Peachtree Street N.E. |
| | Atlanta, Georgia 30309-3521 |
| | rsolomon@kslaw.com |

on this 1st day of June, 2018.

s/ John R. Jacobson