IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EPAC TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:12-cv-00463 |
| ) | |
| v. ) | Chief Judge Crenshaw |
| ) | Magistrate Judge Newbern |
| HARPERCOLLINS CHRISTIAN ) | |
| PUBLISHING, INC., f/k/a ) | JURY DEMAND |
| THOMAS NELSON, INC., ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

EPAC Technologies, Inc. ("EPAC"), files this Motion for Leave to File Under Seal pursuant paragraph 7 of the Amended Protective Order (Docket No. 150) and Rule 5.07 of the Administrative Practices and Procedures for Electronic Case Filing adopted for use in this Court. In support of this Motion, EPAC states as follows:

1. The Amended Protective Order allows for the designation of certain documents as "Confidential" and/or "Attorneys' Eyes Only" and the filing of such documents under seal.

2. EPAC's Reply in Support of EPAC's Motion in Limine Nos. 1 through 3 contains information that has been designated "Confidential" and/or "Attorneys' Eyes Only" under the Agreed Protective Order. Namely, this Reply quotes from the Master Services Agreement (the "MSA").

3. EPAC's Reply in Support of EPAC's Motion in Limine Nos. 4 through 5 contains information that has been designated "Confidential" and/or "Attorneys' Eyes Only" under the Agreed Protective Order. Namely, this Reply quotes from the MSA.

4. EPAC's Reply in Support of EPAC's Motion in Limine No. 6 contains information that has been designated "Confidential" and/or "Attorneys' Eyes Only" under the Agreed Protective Order. Namely, this Reply refers to EPAC's calculation of its damages.

5. EPAC's Reply in Support of EPAC's Motion in Limine No. 7 contains information that has been designated as "Confidential" and/or "Attorneys' Eyes Only" under the Agreed Protective Order.

6. EPAC's Reply in Support of Motion to Exclude Conley contains information that has been designated as "Confidential" and/or "Attorneys' Eyes Only" under the Agreed Protective Order. Namely, this Reply paraphrases and quotes the MSA.

7. Accordingly, EPAC moves for leave to file these documents under seal pursuant to the Agreed Protective Order.

WHEREFORE, EPAC seeks leave to file the foregoing documents under seal.

Respectfully submitted,

*/s/ William B. Hill, Jr.*
Thor Y. Urness (#013641)
R. Brandon Bundren (#030985)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
615-252-2384
turness@bradley.com
bbundren@bradley.com

Jonathan M. Redgrave
REDGRAVE LLP
14555 Avion Parkway, Suite 275
Chantilly, Virginia 20151
703-592-1155
jredgrave@redgravellp.com

William B. Hill, Jr.
Joseph C. Sharp
Alex Bartko
POLSINELLI, PC
1201 West Peachtree Street NW, Suite 1100
Atlanta, Georgia 30309
404-253-6000
wbhill@polsinelli.com
jsharp@polsinelli.com
abartko@polsinelli.com

*Attorneys for EPAC Technologies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document is being made via ECF to the following on September 14, 2018:

| | |
|---|---|
| Timothy L. Warnock<br>Steven A. Riley<br>John R. Jacobson<br>D. Alexander Fardon<br>W. Russell Taber, III<br>Jenny Lyn Harris<br>Riley Warnock & Jacobson, PLC<br>1906 West End Avenue<br>Nashville, Tennessee 37203<br><br>*Attorneys for HarperCollins Christian Publishers, Inc. f/k/a Thomas Nelson, Inc.*<br><br>William J. Harbison, II<br>Neal & Harwell, PLC<br>1201 Demonbreun St., Ste. 1000<br>Nashville, Tennessee 37203<br><br>*Attorney for Lightning Source, Inc.* | Corey W. Roush<br>Akin Gump Strauss Hauer & Feld LLP<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br><br>*Attorney for HarperCollins Publishers LLC* |

/s/ *William B. Hill, Jr.*

William B. Hill, Jr.