UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| EPAC TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | Case No. 3:12-CV-00463 |
| | ) | |
| v. | ) | Chief Judge Crenshaw |
| | ) | |
| THOMAS NELSON, INC., | ) | Magistrate Judge Newbern |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | JURY DEMAND |

## THOMAS NELSON'S MOTION FOR LEAVE TO FILE UNDER SEAL

Thomas Nelson respectfully moves the Court for leave to file under seal Thomas Nelson's Opposition to EPAC's Motion for Review of the September 4, 2018 Order of the Magistrate Judge (Doc. 825) with Exhibit 1.

These documents have been designated by EPAC as Confidential or quote from documents EPAC has designated as Confidential. Thomas Nelson, however, does not believe these documents are Confidential or warrant being sealed. Thomas Nelson asks the Court to order EPAC to show cause why the documents should remain under seal.

Respectfully submitted,

s/ Steven A. Riley
Steven A. Riley (# 006258)
John R. Jacobson (# 014365)
Timothy L. Warnock (# 012844)
D. Alexander Fardon (# 013787)
W. Russell Taber (# 024741)
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
Tel: (615) 320-3700
Fax: (615) 320-3737
sriley@rwjplc.com
jjacobson@rwjplc.com
rtaber@rwjplc.com

*Attorneys for Thomas Nelson, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that service of the foregoing document was made upon the following via the Electronic Case Filing System:

| | |
|---|---|
| Thor Y. Urness<br>Brandon Bundren<br>Bradley Arant Boult Cummings LLP<br>1600 Division Street, Suite 700<br>P.O. Box 340025<br>Nashville, Tennessee 37203<br>turness@bradley.com<br>bbundren@bradley.com<br><br>William B. Hill, Jr.<br>Joseph C. Sharp<br>Alex Bartko<br>POLSINELLI, PC<br>1201 West Peachtree Street, Suite 1100<br>Atlanta, GA 30309<br>wbhill@polsinelli.com<br>jsharp@polsinelli.com<br>abartko@polsinelli.com | Jonathan M. Redgrave<br>Redgrave LLP<br>14555 Avion Parkway, Ste 275<br>Chantilly, Virginia 20151<br>jredgrave@redgravellp.com<br><br>Ronni D. Solomon<br>King & Spalding LLP<br>1180 Peachtree Street N.E.<br>Atlanta, Georgia 30309-3521<br>rsolomon@kslaw.com |

*Attorneys for EPAC Technologies, Inc.*

on this 16th day of September, 2018.

                                                                           s/ Steven A. Riley