IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EPAC TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:12-cv-00463 |
| ) | |
| v. ) | Chief Judge Crenshaw |
| ) | Magistrate Judge Newbern |
| HARPERCOLLINS CHRISTIAN ) | |
| PUBLISHING, INC., f/k/a ) | JURY DEMAND |
| THOMAS NELSON, INC., ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiff, EPAC Technologies, Inc. ("EPAC"), files this Motion for Leave to File Under Seal pursuant paragraph 7 of the Amended Protective Order (Docket No. 150) and Rule 5.07 of the Administrative Practices and Procedures for Electronic Case Filing adopted for use in this Court. In support of this Motion, EPAC states as follows:

1. The Amended Protective Order allows for the designation of certain documents as "Confidential" and/or "Attorneys' Eyes Only" and the filing of such documents under seal.

2. Exhibit B to EPAC's Motion for Leave To File Motion for Reconsideration of Order (Doc. No. 941) Granting Thomas Nelson's Motion In Limine No. 1 (EPAC's Memorandum of Law in Support of the Motion for Reconsideration of Order (Doc. No. 941) Granting Thomas Nelson's Motion *in Limine* No. 1) contains information that Thomas Nelson has designated "Confidential" under the Agreed Protective Order.

WHEREFORE, EPAC seeks leave to file the foregoing document under seal.

1

Respectfully submitted,

*/s/ William B. Hill, Jr.*
Thor Y. Urness (#013641)
R. Brandon Bundren (#030985)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
615-252-2384
turness@bradley.com
bbundren@bradley.com

Jonathan M. Redgrave
REDGRAVE LLP
14555 Avion Parkway, Suite 275
Chantilly, Virginia 20151
703-592-1155
jredgrave@redgravellp.com

William B. Hill, Jr.
Joseph C. Sharp
Alex Bartko
POLSINELLI, PC
1201 West Peachtree Street NW, Suite 1100
Atlanta, Georgia 30309
404-253-6000
wbhill@polsinelli.com
jsharp@polsinelli.com
abartko@polsinelli.com

*Attorneys for EPAC Technologies, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document is being made via electronic mail to the following on November 14, 2018:

Timothy L. Warnock
Steven A. Riley
John R. Jacobson
D. Alexander Fardon
W. Russell Taber, III
Jenny Lyn Harris
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, Tennessee 37203

*Attorneys for HarperCollins Christian Publishers, Inc. f/k/a Thomas Nelson, Inc.*

William J. Harbison, II
Neal & Harwell, PLC
1201 Demonbreun St., Ste. 1000
Nashville, Tennessee 37203

*Attorney for Lightning Source, Inc.*

Corey W. Roush
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036

*Attorney for HarperCollins Publishers LLC*

/s/ *William B. Hill, Jr.*
William B. Hill, Jr.