UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| EPAC TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | Case No. 3:12-CV-00463 |
| | ) | |
| v. | ) | Chief Judge Crenshaw |
| | ) | |
| THOMAS NELSON, INC., | ) | Magistrate Judge Newbern |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | JURY DEMAND |

## THOMAS NELSON'S MOTION FOR LEAVE TO FILE UNDER SEAL

Thomas Nelson respectfully moves the Court for leave to file under seal Thomas Nelson's Notice of Filing: Lightning Source, Inc. 30(b)(6) Deposition Transcripts with Exhibits 1 and 2.

These documents contain information that non-party Lightning Source, Inc. has designated as "confidential."

Respectfully submitted,

s/ Steven A. Riley
Steven A. Riley (# 006258)
John R. Jacobson (# 014365)
Timothy L. Warnock (# 012844)
D. Alexander Fardon (# 013787)
W. Russell Taber (# 024741)
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
Tel: (615) 320-3700
Fax: (615) 320-3737
sriley@rwjplc.com
jjacobson@rwjplc.com
rtaber@rwjplc.com

*Attorneys for HarperCollins Christian Publishing, Inc., f/k/a Thomas Nelson, Inc*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the above document was served via the Court's electronic filing system upon the following:

Thor Y. Urness
Brandon Bundren
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203
turness@bradley.com
bbundren@bradley.com

Jonathan M. Redgrave
Redgrave LLP
14555 Avion Parkway, Ste 275
Chantilly, Virginia 20151
jredgrave@redgravellp.com

William B. Hill, Jr.
Joseph C. Sharp
Alex Bartko
Polsinelli, PC
1201 West Peachtree Street NW, Suite 1100
Atlanta, Georgia 30309
wbhill@polsinelli.com
jsharp@polsinelli.com
abartko@polsinelli.com

Ronni D. Solomon
King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, Georgia 30309-3521
rsolomon@kslaw.com

Timothy C. Travelstead
Narayan Travelstead P.C.
24301 Southland Drive, Suite 607
Hayward, California 94545
T.Travelstead@NarayanTravelstead.com

*Attorneys for EPAC Technologies, Inc.*

on this 27th day of December, 2018.

s/ Steven A. Riley